AO 442 (Rev. 9/3/24) Arrest Warrant

RCV USMS JACKSONVILLE 2024 SEP 4 PM3:13

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.

KEVIN RAY MARCANO
*Defendant*

Case No. 3:24-cr-197-WWB-LLL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*, KEVIN RAY MARCANO

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute 500 grams or more of methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A); Distribution of 500 grams or more of methamphetamine, 21 U.S.C. § 841(a)(1)

Date: 9/4/2024

*Issuing officer's signature*

City and state: Jacksonville, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

*Arresting officer's signature*

*Printed name and title*

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING INDICTMENT – Case No.:

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
Jacksonville, FLORIDA

**OFFENSE CHARGED**
Conspiracy to distribute 500 grams or more of methamphetamine, 21 U.S.C. § 846
Distribution of 500 grams or more of methamphetamine, 21 U.S.C. § 841(a)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of Offense: Duval County

U.S.C. Citation: 21 U.S.C. §§ 846, 841

Plaintiff: U.S. vs. Kevin Ray Marcano

Address: 130 Harvard Street, Cambridge, MA

Birth Date: 2/5/1988

☒ Male ☐ Female ☐ Alien

SSN: 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 FBI No. 299798JC2

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI SA James Mabry/HSI SA Nathan Smith

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Attorney ☐ Defense

DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸ MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on This Form
Roger B. Handberg ☒ U.S. Attorney ☐ Other U.S. Agency

Name of Asst. U.S. Attorney Aakash Singh

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons} was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution: ________
Booking No. ________

Has detainer been filed?
☐ Yes (If "Yes" give date filed: Mo. Day Year
☐ No

Or... if arresting Agency & Warrant were not Federal

DATE OF ARREST Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ▸

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

METHOD OF SERVICE: RECOMMENDED BOND: Will there be a defendant or witness in custody? ☒ Yes ☐ No

DEFENSE COUNSEL:

☐ (AP) Appointed
☐ (FD) Federal Public Defender
☐ (PS) Pro Se
☐ (RE) Retained
☒ (TB) To be Appointed

Start Date: ________

OCDETF Case ☒ Yes ☐ No

Gang Member: ☐ Yes ☐ No If Yes, gang affiliation: ________

| Statutes | Counts | Penalty Provisions | Maximum Penalties |
|---|---|---|---|
| 21 U.S.C. § 846 | 1 | 21 U.S.C. § 841(b)(1)(A) | 10min to life max, $10M fine, 5 years min SR, $100 SA, 5 years imprisonment upon VSR |
| 21 U.S.C. § 841(a)(1) | 2 | 21 U.S.C. § 841(b)(1)(A) | 10min to life max, $10M fine, 5 years min SR, $100 SA, 5 years imprisonment upon VSR |
| | | | |
| | | | |

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA
9.4.2024
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:24-cr-197-WWB-LLL

KEVIN RAY MARCANO

**ORDER**

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 4th day of September, 2024.

United States Magistrate Judge

Copies to:

Assistant United States Attorney Aakash Singh
United States Marshal

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY:
DEPUTY CLERK

[illegible]

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY:
DEPUTY CLERK

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA
9.4.2024
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:24-cr- 197-WWB-LLL

KEVIN RAY MARCANO

**ORDER**

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant(s).

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: ____________________
DEPUTY CLERK

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: DEPUTY CLERK

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Jacksonville, Florida, this 4th day of September, 2024.

United States Magistrate Judge